# United States District Court
# Central District of California

|  |  |
|---|---|
| JAMES GENCARELLI, <br><br> Plaintiff, <br><br> v. <br><br> CHERNIN ENTERTAINMENT, LLC; TWENTIETH CENTURY FOX FILM CORPORATION, <br><br> Defendants. | Case No. 2:17-cv-02818-ODW(PJWx) <br><br> **FINAL JUDGMENT** |

On April 13, 2017 Plaintiff James Gencarelli initiated this negligence case against Chernin Entertainment, LLC, and Twentieth Century Fox Film Corporation. (Compl., ECF No. 1.) On July 9, 2018, Defendants moved for summary judgment on Plaintiff's negligence claim. (ECF No. 121.) The Court granted Defendants' Motion in full. (ECF No. 139.)

It is therefore **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. Judgment is entered for Defendants on Plaintiff's Negligence claim.
2. Plaintiff shall take nothing on his negligence claims against Defendants.

//
//

The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

January 18, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**